# EXHIBIT 1



## "Special Education Teacher"

 Current Employee - Special Education Teacher

Former Employee: I worked at Devereux Advanced Behavioral Health full-time for more than NaN years

**Pros**

Coworkers are great! Benefits are good and you have a lot of options with health, dental, vision, life and 401k. Compared to school district teaching jobs, there's not a lot of paperwork or extra hours needed. Class size is small and supplies are always provided.

**Cons**

It's a very unsafe environment. A lot of kids are violent and there is minimal accountability. Male staff are heavily relied upon to deescalate with minimal support from management. If staff aren't following expectations there are no consequences.