# EXHIBIT 2



## "Lpn"

1.0 ★ ☆ ☆ ☆ ☆    Former Employee - Licensed Practical Nurse

■ Doesn't Recommend    ■ Negative Outlook    ■ Disapproves of CEO

I worked at Devereux Advanced Behavioral Health full-time for more than 3 years

**Pros**
The chance to work with a variety of people and clients.

**Cons**
Devereux continues to put themselves out there as such a caring foundation for their clients…it's a cut throat intimidating, unsafe environment..very high turnover rate because they will overwork you, put you in unsafe situations no matter how much training they give you, when something goes wrong it's your fault no matter what happened….there isn't enough staff to take care of their clients properly and the nursing department who are supposed to be supportive of you and help take care of the clients treat the site nurses like garbage…stay away and protect your license and your back….
..run, don't walk away!

**Advice to Management**
Look at why you lose good people.