# EXHIBIT 3



# "I wouldn not recommend it!"

**1.0** ★★★★★ ⌄  Former Employee - DCP in Rutland, MA

🟥 Doesn't Recommend          🟥 Negative Outlook          🟥 Disapproves of CEO

I worked at Devereux Advanced Behavioral Health full-time for more than 3 years

**Pros**
Working with the kids is very rewarding.

**Cons**
Frontline staff are taken advantage of, put in dangerous situations and penalized for speaking up. Work is very tiring, often resulting in injuries and culture is that it's frowned upon and sometimes discipline to use sick time. Leadership changes every week. They are good at making things look good but scratch beneath the surface and a lot of very concerning stuff going on with kids and staff. I was fired for calling out sick when I didn't have enough sick time. So much for "caring" for people. Staff care way more about the kids than management and leadership. They prioritize profit and saving dollars. Kids placed inappropriately just to fill beds.

**Advice to Management**
Consider having some integrity, for the kids if not anything else.