# EXHIBIT 4



## "Direct Support Professional"

★☆☆☆☆   Former Employee - Direct Support Professional

Current Employee: I have been working at Devereux Advanced Behavioral Health full-time for less than a year

**Pros**

The kids were a lot of fun at times. Found the occasional staff member that was kind and seemed to genuinely care for the kids

**Cons**

There is absolutely no supportive infrastructure here, while the staff work with kids who are aggressive, angry, and unpredictable. I don't even blame the kids for feeling or acting that way - I would be angry if I were them too. Some of the staff bully the kids, and occasionally, other staff. There is no support for reporting incidents. There is virtually no therapeutic support for kids- the kids are in school until 1:00 and the therapist leaves at 2:00 - many of the kids reported not having therapy for over a month, even though it is a residential TREATMENT center. The staff are left completely on their own to structure the kids' days with no support from therapists. Staff egg on fights and threaten to restrain kids at every little sign of resistance. Kids have no choices, and there is no opportunity for them to engage in anything supportive of their growth and development. The job also pays little and uses that as leverage for people to work double shifts to gain overtime pay. Staff push themselves to exhaustion for the pay while working with kids who need A LOT of attention. Overall, extremely unsafe and unsupportive environment in so many ways.