# EXHIBIT 5



## "Drowning"

1.0 ★ ★ ★ ★ ★    Current Employee - Case Manager

 Doesn't Recommend      Negative Outlook

I have been working at Devereux Advanced Behavioral Health full-time for less than a year

**Pros**
Not on call.
People try to help but don't have time.

**Cons**
Literally you get thrown into a job that you know nothing about and are expected manage a huge caseload. Impossible to function and maintain sanity. Not very team oriented.

**Advice to Management**
Train people. Let them shadow and learn first.