# EXHIBIT 9



## "Don't work here, there is better elsewhere"

1.0 ★ ☆ ☆ ☆ ☆ ⌄    Former Employee - Vocational Aide in Woodbury, NJ

 Doesn't Recommend      Negative Outlook      Disapproves of CEO

I worked at Devereux Advanced Behavioral Health full-time for less than a year

**Pros**
The individuals, that's the only thing that is great.

**Cons**
Management, staff, staff shortages, no training, staff to staff drama, manager to staff drama, people setting people up on purpose to get to the next level, etc.

**Advice to Management**
Visit all programs to make sure staff feel comfortable in their working environment as well as offer physical help. Don't continue to sit pretty at your desk while staff get in trouble for things that are not their fault. Also up the pay per hour. It is very hard surviving off of a paycheck coming from Devereux.