# EXHIBIT 10

1
2    **UNITED STATES DISTRICT COURT**
     **EASTERN DISTRICT OF PENNSYLVANIA**
3
4  KATHERINE JINES,
5       Plaintiff,                         **CLRA VENUE DECLARATION OF**
   v.                                      **PLAINTIFF KATHERINE JINES**
6                                          **PURSUANT TO CALIFORNIA CIVIL**
   The DEVEREUX FOUNDATION (d/b/a          **CODE SECTION 1780(D)COMPLAINT**
7  Devereux Advanced Behavioral Health) and
   QualityHealth Staffing, LLC,
8
9       Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  2112136.1

I, Katherine Jines, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am a Plaintiff in the above-captioned action.

3. I submit this declaration in support of the Complaint in this case, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code section 1750 *et seq*.

4. The Complaint has been filed in the proper place for trial of this action.

5. Defendant the Devereux Foundation, d/b/a Devereux Advanced Behavioral Health, has its principal place of business in Villanova, Pennsylvania, which is within Montgomery County. Devereux conducts substantial business, including the acts and practices at issue in this action, within the Eastern District's Montgomery County.

6. Defendant QualityHealth Staffing, LLC, has its principal place of business in King of Prussia, Pennsylvania, which is within Montgomery County. QualityHealth conducts substantial business, including the acts and practices at issue in this action, within the Eastern District's Montgomery County.

7. By and through my parents and/or guardians, I purchased and received behavioral health treatment services from a Devereux facility located in Santa Barbara, CA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on January 20, 2021 in Prescott Valley, Arizona.

By: _____
Katherine Jines