# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE JINES et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>The DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC,<br><br>　　　　Defendants. | Civil Action No. 21-346<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff John Doe 2 hereby gives notice of the voluntary dismissal of all claims as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has served an answer or a motion for summary judgment in this action. The other plaintiffs will continue to prosecute this action.

Dated: April 27, 2022

Respectfully submitted,

_____
Annika K. Martin (*admitted pro hac vice*)
Jessica A. Moldovan (*admitted pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013

1

2409757.1

Phone: (212) 355-9500
Facsimile: (212) 355-9592
akmartin@lchb.com
jmoldovan@lchb.com

Mark Chalos (*admitted pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave, Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
Facsimile: (615) 313-9965
mchalos@lchb.com

Joseph G. Sauder
Lori G. Kier
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
lgk@sstriallawyers.com

David Rudovsky
**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP**
718 Arch Street
Philadelphia, PA 19106
Phone: (215) 925-4400
drudovsky@krlawphila.com

## **CERTIFICATE OF SERVICE**

I, Jessica A. Moldovan, certify that a true and correct copy of Notice of Voluntary Dismissal Without Prejudice has been filed electronically this 27th day of April, 2022 with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

Jessica A. Moldovan

2409757.1