IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KATHERINE JINES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DEVEREUX FOUNDATION, *et al.*,<br><br>Defendants. | Civ. No.: 21-346 |

**MOTION TO WITHDRAW LORI G. KIER<br>AS ATTORNEY OF RECORD FOR PLAINTIFFS**

Plaintiffs respectfully request that the Court withdraw Lori G. Kier as an attorney of record for the Plaintiffs in the above-captioned litigation. Ms. Kier is no longer with Sauder Schelkopf LLC. Plaintiffs will continue to be represented by Joseph G. Sauder and Joseph B. Kenney of Sauder Schelkopf LLC. No parties will be prejudiced by the withdrawal, and no delay will be caused by the Court granting this motion.

DATED: July 18, 2022                                  Respectfully submitted,

                                By:  */s/ Joseph B. Kenney*
                                     Joseph B. Kenney
                                     **SAUDER SCHELKOPF LLC**
                                     1109 Lancaster Avenue
                                     Berwyn, PA 19312
                                     Telephone: (610) 200-0583
                                     Email: jbk@sstriallawyers.com

1

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will notify all counsel of record authorized to receive such filings.

*/s/ Joseph B. Kenney*
Joseph B. Kenney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE JINES, *et al.*, | Civ. No.: 21-346 |
| Plaintiffs, | |
| vs. | |
| THE DEVEREUX FOUNDATION, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW
LORI G. KIER AS ATTORNEY OF RECORD FOR PLAINTIFFS**

Upon review of Plaintiffs' Motion to Withdraw Lori G. Kier as Attorney of Record for Plaintiffs, the Court hereby **GRANTS** the motion. The Clerk of Court is directed to withdraw Lori G. Kier as an attorney of record for Plaintiffs in this litigation.

_____
Hon. Anita B. Brody
United States District Judge