**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE JINES, et al.<br><br>    Plaintiffs,<br>v.<br><br>THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC,<br><br>    Defendants. | |
| RICHARD ROE (a minor by and through his parent, MARY ROE) on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC,<br><br>    Defendants. | Case No. 2:21-cv-346-ABB<br>Case No. 2:21-cv-02655-ABB<br>Case No. 2:22-cv-02166-ABB<br><br>Judge Anita B. Brody<br><br>Electronically Filed |
| RAEKWON THOMAS, et al.<br><br>    Plaintiffs,<br>v.<br><br>THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC,<br><br>    Defendants. | |

# ORDER GRANTING JOINT MOTION TO STAY

**AND NOW**, this 20th day of October, 2025, upon consideration of the Parties' Joint Motion to Stay ("Motion"), with the Parties in agreement and the Court being duly advised and finding good cause for the same, the Motion is hereby granted.  The above captioned cases are STAYED until February 17, 2026

  s/ANITA B. BRODY, J.  
ANITA B. BRODY, J.  
United States District Judge